UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **GEORGE HUMPHREY** | ) |
| | ) |
| v. | ) Civil Action No. 2:10-0034 |
| | ) Judge Campbell/Knowles |
| **DAVID MORGAN, et al.** | ) |

### O R D E R

The Initial Case Management Conference in this action currently scheduled for Wednesday, August 18, 2010, at 10:00 a.m. is hereby rescheduled for **Tuesday, August 24, 2010, at 10:30 a.m.**

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge