IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

COLLEEN C. DAVIS, )
)
v. ) 2:10-00034
)
MICHAEL J. ASTRUE,[1] Commissioner of Social )
   Security. )

**O R D E R**

     Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and the action dismissed. No objections have been filed.

     The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

     For the reasons set forth in the Report and Recommendation, the Motion for Judgment by the Plaintiff, Document #21, is **DENIED,** the decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED**.

     It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] The proper Defendant in cases for social security benefits is the Commissioner of the Social Security Administration and not the Secretary of Health & Human Services.